UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH CRAIG, | ) |
|     Plaintiff, | ) |
| v. | ) No. |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
|     Defendant. | ) |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ELIZABETH CRAIG (Plaintiff), through her attorney, JONATHAN G. COHEN, alleges the following against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Connecticut, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Enfield, Hartford County, Connecticut

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with a business office in Norfolk, Virginia.

## FACTUAL ALLEGATIONS

10. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, World Financial Network National Bank / Fashion Bug, with an account number ending in 8895.

11. Plaintiff's alleged debt owed to World Financial Network National Bank / Fashion Bug arises from transactions for personal, family, and household purposes.

12. On December 23, 2010, Plaintiff's counsel faxed a cease and desist and a notice of representation letter to Defendant (Plaintiff's counsel's letter to Defendant and fax confirmation are attached as Group Exhibit A).

13. Despite receiving Plaintiff's counsel's letter (Exhibit A), Defendant communicated with Plaintiff after December 23, 2010, in an attempt to collect a debt (Defendant's letter to Plaintiff dated June 6, 2011, is attached as Exhibit B).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(2)* of the FDCPA by communicating with Plaintiff even though Defendant knew Plaintiff was represented by an attorney.

    b. Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter.

WHEREFORE, Plaintiff, ELIZABETH CRAIG, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

15. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

17. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, ELIZABETH CRAIG, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

Dated: July 28, 2011          By:/s/ Johnathan G. Cohen
                              Jonathan G. Cohen, Esquire
                              2 Congress St., Hartford, CT 06114
                              Tel: 860 527 8900
                              Fax: 860 527 8901
                              CT Juris #: 410275
                              jgcohen@yahoo.com
                              Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CONNECTICUT

Plaintiff, ELIZABETH CRAIG, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ELIZABETH CRAIG, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_8/6/11_
Date

_Elizabeth Craig_
ELIZABETH CRAIG

# EXHIBIT A



Debt Counsel for Seniors & the Disabled

December 23, 2010

BY FAX ONLY: 757-321-2465
Page 1 of 3

Collections Manager
Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA 23502

Re:   Elizabeth Craig & Joseph Craig
      Your reference # Ending in 8895 - Fashion Bug: Ending in 8895
      Our file # 9886

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law. This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g**. Please provide the name and address of the original creditor, if different from the current creditor. Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means. Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b)**.

As the client's attorney, I respectfully inform you that you must **cease** contacting them pursuant to **15 U.S.C. § 1692c(a)(2) and 1692c(c)**. I have attached a signed **cease and desist** order from my client(s). If and when you violate these statutes, I will not hesitate to pursue with local co-counsel all legal remedies on behalf of my client(s)

Sincerely,

*Jerome Lamet*

Jerome S. Lamet
Supervising Attorney
Debt Counsel for Seniors and the Disabled

Cc: Elizabeth Craig & Joseph Craig

Jerome S. Lamet, Supervising Attorney
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 939-27411

```
TRANSMISSION VERIFICATION REPORT

                                    TIME  : 12/23/2010 12:24
                                    NAME  : JEROME LAMET LTD
                                    FAX   : 13123563199
                                    TEL   : 13129392221
                                    SER.# : BROD8J797996

DATE,TIME           12/23  12:23
FAX NO./NAME        17573212465
DURATION            00:00:53
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



December 23, 2010                                BY FAX ONLY: 757-321-2465
                                                                Page 1 of 3

Collections Manager
Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA  23502

Re:    **Elizabeth Craig & Joseph Craig**
       Your reference # Ending in 8895 - Fashion Bug: Ending in 8895
       Our file # 9886

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law. This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g**. Please provide the name and address of the original creditor, if different from the current creditor. Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means. Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b)**.

As the client's attorney, I respectfully inform you that you must **cease** contacting them pursuant to **15 U.S.C. § 1692c(a)(2) and 1692c(c)**. I have attached a signed **cease and desist** order from my client(s). If and when you violate these statutes, I will not hesitate to pursue with local

# EXHIBIT B



Portfolio Recovery Associates, LLC
We're giving debt collection a good name.

June 6, 2011
WORLD FINANCIAL NETWORK NATL BANK
FASHION BUG
Account/Reference No.: 6004669170008895
Balance: $2,614.04

## SECOND NOTICE: Account Selected for Legal Review

Unfortunately, we have not received a response to our recent letter informing you that your account was previously transferred to our Litigation Department. At this time, no attorney within the Litigation Department has personally reviewed the particular circumstances of your account.

*Portfolio Recovery Associates still wants to help you resolve this account and avoid potential legal action!*

We remain willing to settle this account for $2,091.23 if funds are received in our office by **07/06/2011**

*Benefits of settling this account by this date:*

- Your debt on this account will be resolved
- All collection activities on this account will cease
- You will avoid potential legal action
- If our company is reporting this account to the three major credit reporting agencies, we will request that our company's trade line be updated to reflect that this account is now settled

However, if you do not resolve this account and legal action is taken against you, a judgment may ultimately be obtained and our local attorney may take any action that is legally available in your state to collect this debt to enforce any such judgment against you as permitted by state law.

Please contact our office no later than **07/06/2011** by calling during our business hours to discuss how we can work together to resolve this account. We reserve the right to withdraw or modify this offer at a later date if no payments or payment arrangements are made by **07/06/2011**.

Various Payment Options Available Including:

| Call ☎ | Mail: |
|---|---|
| Call Toll-Free at **1-866-428-8102** to:<br>• Discuss payment arrangements<br>• Authorize automatic withdrawals from your bank account<br>• Complete a debit card* payment | • Complete the attached coupon<br>• Make all checks and payments to:<br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P O. Box 12903<br>Norfolk VA 23541 |

*See back for information about debit card transaction fees that may be applied by third party vendors

Business Hours: 8AM-9PM Mon Tue Thu Fri; 8AM-11PM Wed. 8 AM to 12 PM Sat  3 PM to 9 PM Sun.

*We are not obligated to renew this offer.*

**This letter is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.**

Notice: See Reverse Side for Important Information

---

PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT

Account/Reference Number  6004669170008895

Dept 922
PO Box 4111
Concord CA 94524-4111

Payment Amount: _____

Make check payable to PRA