## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH CRAIG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PORTFOLIO RECOVERY ASSOCIATES, )<br>LLC, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.: 2:11-cv-01269<br><br>NOTICE OF SETTLEMENT |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ELIZABETH CRAIG , by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Dated: November 3, 2011                KROHN & MOSS, LTD.

                                       RESPECTFULLY SUBMITTED,

                                        /s/Jonathan Cohen
                                       Jonathan Cohen
                                       Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to the address listed below:

    Portfolio Recovery Associates, LLC
    120 Corporate Blvd.Suite 1
    Norfolk VA 23502

                                                  /s/ Jonathan Cohen
                                                  Jonathan Cohen
                                                  Attorney for Plaintiff