IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH CRAIG, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:11-cv-01269 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) VOLUNTARY DISMISSAL |
| Defendant. | ) |

## VOLUNTARY DISMISSAL WITH PREJUDICE

ELIZABETH CRAIG (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC. (Defendant), in this case.

Dated: December 22, 2011               KROHN & MOSS, LTD.

                                       RESPECTFULLY SUBMITTED,

                                       /s/Jonathan Cohen
                                       Jonathan Cohen
                                       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on December 22, 2011, I served the said Notice at the following address by US Mail:

Portfolio Recovery Associates, LLC
120 Corporate Blvd.Suite 1
Norfolk VA 23502


By:    /s/Jonathan Cohen

Jonathan Cohen